Order entered October *18*, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01245-CR

### EDWARD CHIARINI, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 1
Dallas County, Texas
Trial Court Cause No. M11-51889

## ORDER

The Court **GRANTS** court reporter Vicki L. Tuck's October 15, 2012 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Tuck to file the reporter's record within **THIRTY DAYS** from the date of this order.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** from the date of this order.

We **ORDER** the Honorable Dan Patterson, presiding judge of County Criminal court No. 1, to file a 25.2(d) certification of appellant's right to appeal that is complete within **FIFTEEN DAYS** from the date of this order.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary Fitzsimmons,

Dallas County District Clerk, the trial court, and counsel for all parties.


_____
CAROLYN WRIGHT
CHIEF JUSTICE